BEFORE THE THIRD DIVISION, JULY 8, 1958

**No. 62165.**—Judson Sheldon International National Carloading Corp. *v.* United States, protests 317600–K, 317601–K, and 319476–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 62166.**—Nathan Newman *v.* United States, protest 319105–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62167.**—H. W. Ebert Co. *v.* United States, protest 319350–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62168.**—Frank J. Eberle Co. *v.* United States, protest 320081–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, JULY 11, 1958

**No. 62169.**—R. J. Saunders & Co., Inc. *v.* United States, protests 182245–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of so-called electron microscopes and parts the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (45 C. C. P. A. 87, C. A. D. 678), the articles entered prior to October 1, 1951, were held dutiable at 40 percent under paragraph 360, and the items entered on and after said date were held dutiable at 30 percent under said paragraph, as modified, *supra*, as claimed.

**No. 62170.**—M. Modlin & Son *v.* United States, protest 809884–G (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates similar in all material respects to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.